■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE G. SHARKEY, JR., Appellant.— Appeal unanimously dismissed, as moot. The relief sought by appellant has heretofore been granted. (Appeal from order of Onondaga County Court, denying motion to vacate judgment of conviction rendered December 22, 1952.) Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Moule, JJ.